UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB - 9 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CRAIG E. RUMBLE,            :

         Plaintiff,       :

    v.                    :        Civil Action No. **12 0222**

CAROL P. JOHNSON,        :

         Defendant.     :

## MEMORANDUM OPINION

Plaintiff, a New Jersey resident, purports to bring a breach of contract action against his mother, also a New Jersey resident, arising from defendant's failure to produce authentic documents with which plaintiff could obtain a United States passport. He demands "that the Defendant be held accountable for her action to the fullest extent under the law," plus damages of $3 million. Compl. at 5.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). This complaint neither states a federal claim nor establishes diversity of citizenship of the parties. Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction.

An Order accompanies this Memorandum Opinion.

United States District Judge

DATE: